# EXHIBIT A

Clerk of the Superior Court
*** Electronically Filed ***
S. Allen, Deputy
3/10/2021 10:58:06 AM
Filing ID 12637086

**KENT LAW, PLC**
**7540 South Willow Drive**
**Tempe, Arizona 85283**
**(480) 359-KENT(5368)**
**Jonathan J. Henry**
**State Bar No.027976**
**Daniel C. Kaapke, Esq.**
**State Bar No.034562**
**Litigation@Kent-Law.org**
**Attorneys for Plaintiff**

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MARLENE WOOD, a single person,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation; COSTCO WHOLESALE MEMBERSHIP, INC., a foreign corporation; XYZ Corporations I-III; ABC Partnerships I-III; John and Jane Does II-III,<br><br>    Defendants. | No.:  **CV2021-091149**<br><br>**COMPLAINT**<br><br><br><br><br><br>(Tort- Non-Motor Vehicle)<br><br>**Premises Liability** |

Plaintiff **MARLENE WOOD**, hereinafter referred to as "Plaintiff", by and through undersigned counsel complaining of the Defendants, and in support thereof, states as follows:

### JURISDICTION & VENUE

1.      Plaintiff **MARLENE WOOD** is, and at all times relevant hereto, a resident of Maricopa County, State of Arizona.

2.      The events giving rise to the cause of action set forth herein occurred within the State of Arizona, County of Maricopa; and this court has jurisdiction over the subject matter and parties to this litigation.

3.     Defendant **COSTCO WHOLESALE CORPORATION** is a foreign corporation, licensed to and carrying on business in Maricopa County, State of Arizona, and has caused events to occur in Maricopa County, State of Arizona, out of which the claim that is the subject of this Complaint arose.

4. Defendant **COSTCO WHOLESALE CORPORATION** has caused events to occur in Maricopa County, State of Arizona, out of which the claim that is the subject of this Complaint arose by virtue of its vicarious liability for the action and omissions of its duly authorized agents, servants and employees, acting within the course and scope of employment of Defendant **COSTCO WHOLESALE CORPORATION.**

5.     Defendant **COSTCO WHOLESALE MEMBERSHIP, INC.** is a foreign corporation, licensed to and carrying on business in Maricopa County, State of Arizona, and has caused events to occur in Maricopa County, State of Arizona, out of which the claim that is the subject of this Complaint arose.

6. Defendant **COSTCO WHOLESALE MEMBERSHIP, INC.** has caused events to occur in Maricopa County, State of Arizona, out of which the claim that is the subject of this Complaint arose by virtue of its vicarious liability for the action and omissions of its duly authorized agents, servants and employees, acting within the course and scope of employment of Defendant **COSTCO WHOLESALE MEMBERSHIP, INC.**

7.     The true names and capacities, whether individual, corporate or otherwise, of the Defendants John and Jane Does I-III, ABC Partnerships I-III, and XYZ Corporations I-III, are unknown to the Plaintiff who therefore sues said defendants by such fictitious names and will ask leave to amend this Complaint to state their true names and capacities at such time as the same become known to the Plaintiff.

2

8.      Defendants are residents or citizens of the State of Arizona, or caused events to occur in the State of Arizona, out of which the claim which is the subject of this Complaint arose. Said corporate Defendants are either Arizona corporations or foreign corporations, partnerships, joint ventures, or other legal entities, which are doing business in Arizona or have caused events to occur in the State of Arizona out of which the claim that is the subject of this Complaint arose.

9.      Plaintiff is informed and believes and therefore alleges that each of the defendants designated herein are legally responsible for the events and happenings herein referred to, and legally caused injury and damages proximately thereby to Plaintiff as herein alleged.

10.     Plaintiff seeks damages in excess of the minimum jurisdictional limits of this Court.

### GENERAL ALLEGATIONS OF FACT

11.     On or about March 12, 2019, and for some time prior thereto, Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and employees, possessed, controlled, managed, operated, and supervised the premises located at or near  10000 West McDowell Road in the City of Avondale, County of Maricopa, State of Arizona.

12.     On March 12, 2019, Plaintiff was present on said premises as a business invitee for the purpose of purchasing goods. On said date, there was fluid being allowed to remain on the ground of said premises. As Plaintiff **MARLENE WOOD** was traversing the premises, she slipped and fell due to the fluid.

13.     Plaintiff **MARLENE WOOD** slipped and fell due to Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.'s** negligence in maintaining the premises free from hazard. The dangerous and defective condition of the premises was hazardous due to fluid being allowed to gather on the ground.

3

14. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and employees negligently caused, negligently maintained, and/or negligently allowed the premises of said place of business to remain in a dangerous and defective condition.

15. The dangerous and defective condition of the store floor was hazardous due to the liquid being allowed to remain on the ground, thereby creating a dangerous and defective condition on the Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.'s,** premises.

16. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and employees, were aware or should have been aware of said condition and failed to take adequate steps to warn business invitees; patrons were not thereby warned of the existing hazard.

17. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and employees, further knew, or should have known through reasonable inspection, of the liquid causing said hazard.

18. Plaintiff **MARLENE WOOD** was injured and damaged, and therefore incurred monetary expenses.

## COUNT ONE: RESPONDEAT SUPERIOR

### (As to all Defendants)

19. Plaintiff incorporates all previous paragraphs and all allegations herein by reference as if fully set forth herein.

20. At all relevant times to the subject incident, Defendants **COSTCO WHOLESALE**

4

**CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.'s** duly authorized

agents, servants and employees, were acting within the course and scope of their employment.

21.     Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO**

**WHOLESALE MEMBERSHIP, INC.,** at all relevant times hereto are responsible for the

negligent actions of its employees on the basis of respondent superior master-servant, general

agency principles, and otherwise.

### COUNT TWO: PREMISES LIABILITY

### (As to all Defendants)

22.     Plaintiff incorporates all previous paragraphs and allegations herein by reference as

if fully set forth herein.

23.     Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO**

**WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and

employees, were required to use reasonable care when maintaining said premises and/or operation

to prevent injuring to the business invitees at the said location.

24.     Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO**

**WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and

employees, knew or should have known that the premises at the store was hazardous due to the

fact that there was fluid on the ground and thereby creating a dangerous and defective condition

on the premises.

25.     Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO**

**WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and

employees, knew or should have known that there were no warnings of safeguards in place to

protect the business invitees of the store against the danger created by fluid on the ground.

5

26.     Plaintiff **MARLENE WOOD** was injured as a result of Defendants' failure to warn of, safeguard, and/or remedy an unreasonably dangerous condition on said premises.

27.     As    a    proximate    result    of    Defendants **COSTCO    WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.'s** failure to warn of, safeguard, or remedy an unreasonably dangerous condition, Plaintiff was injured and suffered damages which include but are not limited to physical injuries, pain and suffering since the incident, past and future medical expenses, loss of earnings, and mental and emotional anguish, all in an amount to be determined at trial.

## COUNT THREE: NEGLIGENCE

### (As to all Defendants)

28.     Plaintiff incorporates all previous paragraphs and all allegations herein by reference as if fully set forth herein.

29.     Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and employees, owed a duty to Plaintiff **MARLENE WOOD** to maintain said premises in safe condition. This scope of care extended to Plaintiff **MARLENE WOOD.**

30.     Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and employees, negligently caused, negligently maintained, and/or negligently allowed the premises and/or operation of said business place in a dangerous and defective condition.

31.     Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and employees, caused, knew, or should have known of the dangerous condition that existed there and

6

did not take proper corrective action to make premises safe for persons at said location.

32.    Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and employees, failed to remedy this dangerous condition, failed to give warning of this dangerous condition and/or otherwise failed to exercise reasonable care, diligence and prudence of said premises and/or operation of said business.

33.    Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.'s** breach of this duty is the legal and proximate cause of Plaintiff's damages, which include but are not limited to physical injuries, pain and suffering since the incident, past and future medical expenses, loss of earnings, and mental and emotional anguish, all in an amount to be determined at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff **MARLENE WOOD** prays for judgment against the Defendants, and each of them, as follows:

1.    For such sums as and for general damages in excess of the jurisdictional minimum of this court.

2.    For such sums as and for special damages as will be proven at the time of trial.

3.    For pre- and post- judgment interest at the maximum rate permitted by law.

4.    For costs of suit herein and for such other and further relief as the court deems just and proper.

. . .

. . .

. . .

7

RESPECTFULLY SUBMITTED this March 10, 2021.

KENT LAW PLC.

Jonathan J. Henry, Esq.
Daniel C. Kaapke, Esq.
*Attorneys for Plaintiff*

# EXHIBIT B

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY
2021 MAR 16  AM 10: 01

| Client Matter | 2019-02077 |
| Account | # 0398 |
| Invoice | # 5317 |
| Liddy | # 362282-1 |

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

**MARLENE WOOD,**

　　　　　　　　**Plaintiff(s) / Petitioner(s),**

**vs**

**COSTCO WHOLESALE CORPORATION, et al.,**

　　　　　　　　**Defendant(s) / Respondent(s).**

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. CV2021-091149

**ENTITY/PERSON TO BE SERVED:** Costco Wholesale Corporation c/o CT Corporation System, Statutory Agent

**PLACE OF SERVICE:**　3800 N. Central Ave., #460, Phoenix, AZ 85012

**DATE OF SERVICE:** On the ___11th___ day of ___March___, ___2021___ at ___9:37___ AM　County ___Maricopa___

☐ PERSONAL SERVICE   ☒ Left a copy with a person authorized to accept service.　☐ At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title**　Served on CT Corporation System, Statutory Agent, by serving Christine Napier, Intake Specialist.

on ___03/10/2021___ we received the following documents for service:

Summons | Complaint | and Certificate of Compulsory Arbitration.

**Received from KENT LAW, P.L.C., ( ADAM C. KENT #024718 )**

PROCESS SERVER: ___Colton Joralmon, #8743___

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: _____　Date: 3/12/2021

| Item | Amount |
|---|---|
| Service of Process | $16.00 |
| Minimum Mileage | $16.00 |
| Copies | $2.75 |
| Doc. Prep Fee | $10.00 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total　　$44.75

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

2021 MAR 16  AM 10: 01

Client Matter   2019-02077
Account       # 0398
Invoice       # 5318
Liddy        # 362282-2

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

MARLENE WOOD,

           **Plaintiff(s) / Petitioner(s),**

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. CV2021-091149

vs

COSTCO WHOLESALE CORPORATION, et al.,

           **Defendant(s) / Respondent(s).**

**ENTITY/PERSON TO BE SERVED:** Costco Wholesale Membership, Inc. c/o CT Corporation System, Statutory Agent

**PLACE OF SERVICE:** 3800 N. Central Ave., #460, Phoenix, AZ 85012

**DATE OF SERVICE:** On the ___11th___ day of ___March___, _2021_ at _9:37_ AM  County _Maricopa_

[ ] PERSONAL SERVICE  [✗] Left a copy with a person authorized to accept service.  [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title**    Served on CT Corporation System, Statutory Agent, by serving Christine Napier, Intake Specialist.

on ___03/10/2021___ we received the following documents for service:

Summons | Complaint | and Certificate of Compulsory Arbitration.

**Received from KENT LAW, P.L.C., ( ADAM C. KENT #024718 )**

PROCESS SERVER: Colton Joralmon, #8743

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: _____   Date: 3/12/2021

| Item | Amount |
|------|--------|
| Service of Process | $16.00 |
| Copies | $2.75 |
| Doc. Prep Fee | $10.00 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total    $28.75

EXHIBIT C

Clerk of the Superior Court
*** Electronically Filed ***
S. Allen, Deputy
3/10/2021 10:58:06 AM
Filing ID 12637089

Person/Attorney Filing: Jonathan J. Henry
Mailing Address: 7540 S Willow Drive
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)359-5368
E-Mail Address: litigation@kent-law.org
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 027976, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Marlene Wood<br>Plaintiff(s),<br>v.<br>Costco Wholesale Corporation, et al.<br>Defendant(s). | Case No.  **CV2021-091149**<br><br>**SUMMONS** |

To: Costco Wholesale Corporation

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #5501854

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *March 10, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *SENA ALLEN*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5501854

Clerk of the Superior Court
*** Electronically Filed ***
S. Allen, Deputy
3/10/2021 10:58:06 AM
Filing ID 12637090

Person/Attorney Filing: Jonathan J. Henry
Mailing Address: 7540 S Willow Drive
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)359-5368
E-Mail Address: litigation@kent-law.org
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 027976, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Marlene Wood
Plaintiff(s),
v.
Costco Wholesale Corporation, et al.
Defendant(s).

Case No. **CV2021-091149**

**SUMMONS**

To: Costco Wholesale Membership, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #5501854

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *March 10, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *SENA ALLEN*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

EXHIBIT D

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
S. Allen, Deputy
3/10/2021 10:58:06 AM
Filing ID 12637087

## In the Superior Court of the State of Arizona
## In and For the County of Maricopa

**Plaintiff's Attorney:**
Jonathan J. Henry
Bar Number: 027976, issuing State: AZ
Law Firm: KENT LAW PLC
7540 S Willow Drive
Tempe, AZ 85283
Telephone Number: (480)359-5368
Email address: litigation@kent-law.org

**CV2021-091149**

**Plaintiff:**
Marlene Wood

**Defendants:**
Costco Wholesale Corporation

Costco Wholesale Membership, Inc.

Discovery Tier t3

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Premises Liability

AZTurboCourt.gov Form Set #5501854

EXHIBIT E

Clerk of the Superior Court
*** Electronically Filed ***
S. Allen, Deputy
3/10/2021 10:58:06 AM
Filing ID 12637088

Person/Attorney Filing: Jonathan J. Henry
Mailing Address: 7540 S Willow Drive
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)359-5368
E-Mail Address: litigation@kent-law.org
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 027976, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Marlene Wood
Plaintiff(s),
v.
Costco Wholesale Corporation, et al.
Defendant(s).

Case No.  **CV2021-091149**

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Jonathan J. Henry /s/
Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #5501854

EXHIBIT F



Select Language
Powered by Google Translate

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2021-091149 | Judge: | Westerhausen, Tracey |
| File Date: | 3/10/2021 | Location: | Southeast |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Marlene Wood | Plaintiff | Female | Jonathan Henry |
| Costco Wholesale Corporation | Defendant | | Pro Per |
| Costco Wholesale Membership Inc | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 3/16/2021 | AFS - Affidavit Of Service | 3/22/2021 | |
| **NOTE:** COSTCO WHOLESALE CORPORATION | | | |
| 3/16/2021 | AFS - Affidavit Of Service | 3/22/2021 | |
| **NOTE:** COSTCO WHOLESALE MEMBERSHIP INC | | | |
| 3/10/2021 | COM - Complaint | 3/10/2021 | |
| **NOTE:** Complaint | | | |
| 3/10/2021 | CSH - Coversheet | 3/10/2021 | |
| **NOTE:** Civil Cover Sheet | | | |
| 3/10/2021 | CCN - Cert Arbitration - Not Subject | 3/10/2021 | |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 3/10/2021 | SUM - Summons | 3/10/2021 | |
| **NOTE:** Summons | | | |
| 3/10/2021 | SUM - Summons | 3/10/2021 | |
| **NOTE:** Summons | | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**